Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St.
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RANDALL SIMONS | 6:13-CV-00848-ST |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $3,789.35 for attorney fees and $400.00 in costs to Plaintiff to be mailed to Plaintiff's attorney at 208 Pine St. Floyd, VA 24091. The payment for attorney fees is subject to the holding in Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

It is so ORDERED

Dated this _____ day of 2014

_____
United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES